UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JENNIFER WALLER,**

    **Plaintiff,**

**v.**                                               Case No: 8:23-cv-119-MSS-AAS

**TIMES PUBLISHING COMPANY,**

    **Defendant.**

_____

## ORDER

**THIS CAUSE** is before the Court for consideration of the Parties' Statement on Consolidation. (Dkt. 29) Upon consideration of all relevant filings, case law, and being otherwise fully advised, it is hereby **ORDERED**:

1. The above-captioned case and the later-filed case captioned <u>Darden, et al. v. Times Publishing Co.</u>, No. 8:23-cv-00661-MSS-TGW (M.D. Fla. filed Mar. 23, 2023) ("<u>Darden</u>" action) are hereby **CONSOLIDATED** pending further Order of this Court directing otherwise.

2. **ALL PARTIES** are **ORDERED** to file all prospective documents in the Lead Case, <u>Waller v. Times Publishing Company</u>, 8:23-cv-119-MSS-AAS (M.D. Fla. filed Jan. 18, 2023), using the style of the Lead case in the caption.

3. United States Magistrate Judge Amanda A. Sansone shall be the Magistrate Judge on both cases.

- 1 -

4. Plaintiffs Lewis Darden and Sal Rivera are **DIRECTED** to **file** their responses in opposition to the pending motion to dismiss by **Monday, August 21, 2023** in the Lead case;

5. The **CLERK** is **DIRECTED** to:

    a. Docket a copy of this Order in the Darden action;

    b. Docket a copy of Defendant Times Publishing Company's Motion to Dismiss from the Darden Action (E.C.F. No. 13), in the Lead case, 8:23-cv-119-MSS-AAS

    c. **ADMINISTRATIVELY CLOSE** the Darden Action, 8:23-cv-00661-MSS-TGW, after the foregoing directives have been carried out.

6. Once consolidated, the Parties are **DIRECTED** to file in the Lead case an updated case management report no later than **September 4, 2023**.

**DONE** and **ORDERED** in Tampa, Florida this 26th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party